FILED

[JAN 2 0 2021

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

## United States District Court
### Eastern District of North Carolina
### Western Division

Case No. __5:21-ct-3022__

(To be filled out by Clerk's Office only)

Paul Nyhan

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

Inmate Number 21970-112

-against-

R. Ramos

_____

/.

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

## COMPLAINT

*(Pro Se* Prisoner)

Jury Demand?
☐ Yes
☑ No

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

Case 5:21-ct-03022-BO     Document 1     Filed 01/20/21     Page 1 of 10

## I.   COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☐   42 U.S.C. § 1983 (state, county, or municipal defendants)

☑   Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐   Action under Federal Tort Claims Act (federal defendants)

## II.   PLAINTIFF INFORMATION

Paul Nyhan
Name

21970-112
Prisoner ID #

FCI Butner 1
Place of Detention

P.O. Box 1000
Institutional Address

Butner,                          NC.                      27509
City                             State                    Zip Code

## III.   PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐   Pretrial detainee   ☐ State   ☑ Federal

☑   Civilly committed detainee

☐   Immigration detainee

☐   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

## IV.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: R. Ramos
Name

Warden
Current Job Title

FCI Butner 1, Old North Carolina Hwy 75
Current Work Address

Butner,                    NC.                    27509
City                        State                    Zip Code

Capacity in which being sued: ☑ Individual ☑ Official ☑ Both

Defendant 2: _____

Name

_____

Current Job Title

_____

Current Work Address

_____

City                        State                    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Case 5:21-ct-03022-BO    Document 1    Filed 01/20/21    Page 3 of 10

**Defendant(s) Continued**

Defendant 3:
_____
Name

_____
Current Job Title

_____
Current Work Address

_____
City                          State                    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

)

Defendant 4:
_____
Name

_____
Current Job Title

_____
Current Work Address

_____
City                          State                    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

## V.     STATEMENT OF CLAIM

Place(s) of occurrence: FCT Butner 1

Date(s) of occurrence: December 8, 2019 to Present Day

State which of your federal constitutional or federal statutory rights have been violated:

First Amendment Constitutional Rights, 5 U.S.C § 702 of the Administrative Procedures Act, the Accardi doctrine.
(The Accardi doctrine only applies to issue #3 below and is not the basis of this claim)
State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.

FACTS:

> Who did what to you?

On December 8, 2019 the Warden at FCT Butner 1, B. Sullivan (at the time), implemented a new incoming mail policy in which all general correspondence, to include personal photos, will be photocopied, the inmate to receive the photocopied versions only. This is an ongoing issue for which the current Warden, R. Ramos, is responsible for.

The BOP defines general correspondence as "incoming or outgoing correspondence other than special mail". The new policy not only applies to incoming mail received from friends and family members, but also from businesses, religious organizations, schools, banks, and government agencies, law enforcement, courts and attorneys without the required "Special Mail" verbiage either written or stamped on the outside of the envelope.

I am not disputing the fact that, before the implementation of this new policy, there seemed to be an illicit drug problem at FCT Butner 1, and, I agree that the BOP has the right to take

measures to protect the safety and security of the institution, however, only when done so in the least restrictive means. For the following three reasons, I believe the new policy does not meet the "least restrictive means", is too excessive, and thus violates my First Amendment rights.

**What happened to you?**

#1. The new incoming mail policy is not content-neutral. The new policy prohibits incoming mail that is written on any piece of paper that does not measure exactly 8.5 x 11 inches, is written on paper that is not single sided and white in color, is sent in an envelope that is not white in color, is made of cardstock or construction paper, is a postcard, or if the envelope or contents contain glitter, stickers, lipstick, or crayon. Because of this, I would theoretically be prohibited from receiving such things as birthday/holiday cards, religious prayer cards, many forms of artwork, school certificates,

**When did it happen to you?**

calanders, and a number of other things. Because not all foriegn countries use the United States standard 8.5 x 11 size writing paper, I'd also be prohibited from receiving incoming mail from folks who live and work overseas. The new policy also prohibits receiving more than 5 sheets of single sided paper in each envelope. This may be fine for ordinary friends and family members, but it would pose a problem for such things as bank statements, government

**Where did it happen to you?**

forms, school applications, many forms of religious literature, voter ballot materials, business brochures, and a number of other things that are normally longer than 5 pages double sided.

#2. The new incoming mail policy does not provide an alternative means for an inmate to receive actual photographs. Current BOP policy allows inmates to receive up to 25 photographs in each envelope. With the new policy in place,

Page 6 of 10

> **What was your injury?**

inmates will only receive photocopies of these photographs. The BOP could contract or make an agreement with a third party company who would be the sole provider of reproducing and sending photographs to each inmate. The BOP could also allow attachments to be sent within each e-mail an inmate receives (through the use of Corrlinks) and install color photo printers at the inmate computer terminals that already have regular laser printers set up. By providing an alternative means for inmates to receive actual photographs like I've mentioned above, it would go to show that the Warden used the least restrictive means when the new incoming mail policy was implemented, but the Warden at FCI Butner 1 (the former and current one) has failed to do so.

#3. BOP Program Statement 5800.16, section 1(d) states that any new Institution Supplement (such as the new incoming mail policy that was drafted at the local level) must be submitted for approval to the appropriate Regional Correctional Programs Administrator. From what I'm aware of, the new incoming mail policy has not been approved by the Regional Correctional Programs Administrator as required by BOP policy. In fact, I'm not even aware if an actual Institution Supplement even exists in regards to the new incoming mail policy. The only thing that was posted that informed the inmate population of this new policy was a written memorandum dated November 8, 2019 that was signed by every Warden who was employed at FCC Butner Complex at the time.

In comparison, the Virginia Department of Corrections (VDOC) new incoming mail policy is considered content neutral and they provide an alternative means for inmates to receive actual photographs, which the 4th circuit district court has upheld as constitutional.

## VI.   ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?   ☐ Yes   ☑ No
     If no, explain why not:

I am a civilly committed person. As such, I am exempt from the Prison Litigation Reform Act rules and regulations.

Is the grievance process completed?                                               ☐ Yes   ☑ No
     If no, explain why not:

I am a civilly committed person. As such, I am exempt from the Prison Litigation Reform Act rules and regulations.

## VII.   RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I am not seeking to over turn the new incoming mail policy nor am I seeking monetary damages. All I request is for the court to order the BOP and /or the Warden here at FCI Butner 1 to change the incoming mail policy so that it is content neutral and provide an alternative means for inmates to receive actual photographs like I explained in this Bivens. Thank you very much for your help.

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?               ☐ Yes   ☑ No

      If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

N/A

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

1/6/21
Dated

Paul Nyhan
Plaintiff's Signature

Paul Nyhan
Printed Name

21970-112
Prison Identification #

FCI Butner 1
P.O. Box 1000        Butner,        N.C.    27509
Prison Address                City              State    Zip Code